# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| KRISSY LOMBARD,<br><br>　　　　　Plaintiff<br><br>v.<br><br>STATE OF MAINE, DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant | Civil No. 04-203-P-C |

Gene Carter, Senior District Judge

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Krissy Lombard brings this action against her former employer, Defendant the State of Maine Department of Human Services, claiming that she was discharged in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 794 (Count I) and the Maine Human Rights Act, 5 M.R.S.A. §§ 4551-4634 (Count II).  After a thorough review of the factual record and the argumentation of the parties, the Court concludes that there are material issues of fact, *inter alia*, as to whether Plaintiff was terminated because of her disability, whether Defendant provided a reasonable accommodation to Plaintiff, whether Plaintiff was terminated in retaliation for her request to be provided a reasonable accommodation, and whether Plaintiff was terminated in retaliation for asserting and pursuing her right to be free from disability discrimination.  These material issues of fact

prevent the Court from granting summary judgment in favor of Defendant on either claim.

      Accordingly, the Court **ORDERS** that Defendant's Motion for Summary Judgment be, and it is hereby, **DENIED**.

      /s/ Gene Carter
      Gene Carter
      Senior United States District Judge

Dated this 23rd day of June, 2004